7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Kathryn S. Cary
*Debtor*

*Bankruptcy Case No.*
13–61137–abf7

**J. Kevin Checkett**
    Plaintiff(s)

*Adversary Case No.*
13–06053–abf

v.

**Rowena Hansen**
**Robert Hansen**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Judgment is entered in favor of J. Kevin Checkett, Trustee and against Defendants, Rowena S. Hansen and Robert S. Hansen, avoiding the transfer from the debtor to Rowena S. Hensen and Robert S. Hansen regarding five acres of land as described in Document No. Nine(9), entered by the court on 12/19/2013, in the aboved styled adversary proceeding.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 12/19/13

Court to serve